**Adolph NEAL, Appellant,**

v.

**STATE of Missouri, Respondent.**

**No. WD 38029.**

Missouri Court of Appeals,
Western District.

Nov. 18, 1986.

Joseph H. Locascio, Sp. Public Defender, Kansas City, for appellant.

William L. Webster, Atty. Gen., Jefferson City, Philip M. Koppe, Asst. Atty. Gen., Kansas City, for respondent.

Before PRITCHARD, P.J., and KENNEDY and LOWENSTEIN, JJ.

### ORDER

PER CURIAM:

Appeal from denial of Rule 27.26 motion to vacate judgment of the Circuit Court of Jackson County of conviction for attempted forcible rape and for sodomy, §§ 566.030.2, 566.060, RSMo 1984.

Affirmed. Rule 30.25(b).